```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
:
   UNITED STATES OF AMERICA　　　　　:　　**UNSEALING ORDER**
:
           - v. -　　　　　　　　　　　　　　:　　S4 21 Cr. 413 (AT)
:
   JAIRO YOMAR ZAMBRANO-HERNANDEZ,　:
      a/k/a "El Negro,"　　　　　　　　:
      a/k/a "El Rosado,"　　　　　　　　:
      a/k/a "El Enano,"　　　　　　　　 :
      a/k/a "Niño Golden,"　　　　　　　:
:
           Defendant.　　　　　　　　　　　:
:
------------------------------------ X

      Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Alexander Li and Sarah Kushner;

      It is found that Superseding Indictment S4 21 Cr. 413 is currently sealed and the United States Attorney's Office has applied to have the Superseding Indictment unsealed, it is therefore

      ORDERED that Superseding Indictment S4 21 Cr. 413 be unsealed on November 8, 2023, and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       October 26, 2023

                                              _____
                                              HONORABLE ANALISA TORRES
                                              UNITED STATES DISTRICT JUDGE