USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/18/2024___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JAIRO YOMAR ZAMBRANO-HERNANDEZ,
    a/k/a "El Negro,"
    a/k/a "El Rosado,"
    a/k/a "El Enano,"
    a/k/a "Niño Golden,"

                Defendant.

**ORDER**

**S4 21 Cr. 413 (AT)**

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before a United States Magistrate Judge on October 16, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Sentencing is set for **February 18, 2025**, at **2:00 p.m.**    Defendant's sentencing submission is due by **February 4, 2025**.    The Government's sentencing submission is due by **February 11, 2025**.

Dated:    October 18, 2024
        New York, New York

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK