USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025

STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

(212) 619-4240
FAX (212) 619-6743

January 29, 2025

BY ECF

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States vs. Zambrano-Hernandez 21 Cr. 413 - AT

Dear Judge Torres :

I write with the consent of the Government to request that the sentence hearing in this matter currently scheduled for February 18, 2025 be adjourned until the week of March 17, 2025, to a date and time convenient to the Court. This first request is made to allow me time to obtain additional documents from South America that are relevant to the proceeding.

Very truly yours,

s/James Roth

GRANTED IN PART. The sentencing of Defendant Zambrano-Hernandez, currently scheduled for February 18, 2025, is ADJOURNED to **March 24, 2025**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **March 3, 2025**, Defendant shall file his sentencing submission. By **March 10, 2025**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: January 30, 2025
New York, New York

ANALISA TORRES
United States District Judge